**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-338** |
| | : | |
| **ARJUN BINNING** | : | |
| | : | |

# ORDER

**AND NOW,** this **21st** day of **October 2024**, upon consideration of Defendant Arjun Binning's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 50), the Government's Response (ECF No. 55), and Defendant's Reply (ECF No. 56), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 50) is **DENIED.**

2. A Certificate of Appealability **SHALL NOT** issue.

3. The Clerk of Court is hereby directed to **CLOSE** this case.

> **BY THE COURT:**
>
> /s/ Chad F. Kenney
> _____
> **CHAD F. KENNEY, JUDGE**